**Affirmed and Memorandum Opinion filed January 29, 2013.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-12-00449-CR**
**NO. 14-12-00450-CR**
**NO. 14-12-00451-CR**

---

**LIONELL DEWAYNE WEST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 61391, 61828, 63825**

---

## M E M O R A N D U M   O P I N I O N

Appellant pleaded guilty to two counts of evading arrest and one count of unauthorized use of a vehicle and was placed on ten years' probation in each case. The State subsequently filed a motion to revoke probation, and appellant pleaded not true to the allegations. After hearing evidence on the motion to revoke, the trial court revoked appellant's probation and sentenced him to ten years'

confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal in each case.

Appellant's appointed counsel filed a brief in which he concludes each appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than forty-five days has passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal in each case is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed in each case.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish - TEX. R. APP. P. 47.2(b)


2